IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| NATALIE R HINESLEY, | ) | NO.: 22-02822-TAB |
| | ) | |
| Debtor. | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE: TIMOTHY A. BARNES |
| | ) | |

### ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES

The undersigned, a duly qualified attorney admitted to practice before this Court, hereby states his/her appearance on the within captioned matter on behalf of The Huntington National Bank successor by merger with FirstMerit Bank, NA, and/or its assigns and requests all notices, pleadings, motions, orders, applications and other documents filed and/or served in this case be sent to him/her at the following address:

/s/ Dana O'Brien
Dana O'Brien
ARDC # 6256415
McCalla Raymer Leibert Pierce, LLC
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

Dated: April 21, 2022

NOA