IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| NATALIE R HINESLEY, | ) | NO.: 22-02822 |
| | ) | |
| Debtor, | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE: TIMOTHY A. BARNES |

### AMENDED OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

Now comes The Huntington National Bank successor by merger with FirstMerit Bank, NA, by and through its attorneys, McCalla Raymer Leibert Pierce, LLC, and requests that Confirmation be denied, stating as follows:

1. On March 12, 2022, the Debtor filed the instant bankruptcy petition under Chapter 13 of the Bankruptcy Code (11 U.S.C. §1301 *et seq.*).

2. The Huntington National Bank is a creditor of the Debtor with respect to a certain 2012 Ford Super Duty F-250, VIN: 1FT7W2BT7CEA23959.

3. The Huntington National Bank holds a security interest in the vehicle pursuant to a certain Retail Installment Contract that the Debtor entered into on or about May 13, 2013.

4. Pursuant to the Retail Installment Contract, the amount financed was $52,014.72 with installment payments to begin June 12, 2013 with an eighty-four (84) month term.

5. The loan matured in 2020 and the Huntington National Bank filed Claim # 5-1 reflecting a total debt due in the amount of $48,451.40.

6. On June 22, 2022, Debtor filed an Amended Plan that illustrates an intent to surrender the subject vehicle.

7. The Huntington National Bank has not repossessed the vehicle and is only recently learning that the vehicle may be in Boise, Idaho, set for auction.

8. This court ruled in *In re Ware*, that "[p]roperty that is not capable of physical delivery because the debtor has lost possession of it may be surrendered as a legal matter without physical delivery if the record is absent evidence of the debtor's lack of good faith." (Bankr. 15-03414 ND Ill. 2015) The Huntington National Bank has reports from several sources, including the co-signor on the note, that the Debtor took the vehicle to Chicago. Furthermore, the vehicle may have been subject to an auction in California, with Bronco Motors, notwithstanding the lienholder on title. These circumstances are entirely beyond the control of The Hunting National Bank and pursuant to the doctrine of *res ipsa loquitur*, the Debtor was the only party in control of the vehicle and now lacks good faith in the attempt to surrender.

WHEREFORE, The Huntington National Bank successor by merger with FirstMerit Bank, NA respectfully prays that Confirmation of the Debtor's Chapter 13 Plan be denied, and for such other and further relief as this Honorable Court deems just.

Respectfully Submitted,

/s/ *Toni Townsend*
Toni Townsend
McCalla Raymer Leibert Pierce, LLC
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) BANKRUPTCY CASE |
| | ) |
| NATALIE R HINESLEY, | ) NO.: 22-02822 |
| | ) |
| Debtor, | ) CHAPTER 13 |
| | ) |
| | ) JUDGE: TIMOTHY A. BARNES |

Hearing: July 21, 2022
Time: 10:30 a.m.

## NOTICE OF FILING

To:   See attached service list

PLEASE TAKE NOTICE THAT on July 13, 2022, The Huntington National Bank successor by merger with FirstMerit Bank, NA filed the attached Objection.

## PROOF OF SERVICE

I, the undersigned Attorney, Certify that I served a copy of this Objection of Addresses attached by Electronic Notice through ECF or depositing the same in the United States Mail at 1 N. Dearborn Suite 1200, Chicago, IL 60602, at or before 5:00 p.m., on July 13, 2022, with proper postage prepaid.

**\*THESE DOCUMENTS ARE AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE\***

/s/ *Toni Townsend*
Toni Townsend

McCalla Raymer Leibert Pierce, LLC
1 N. Dearborn Suite 1200
Chicago, IL 60602

## SERVICE LIST

To Trustee:  *by Electronic Notice through ECF*
Marilyn O Marshall
224 South Michigan
Ste 800
Chicago, IL 60604


To Debtor:
Natalie R Hinesley  *Served via U.S. Mail*
4029 Oriole
Harwood Heights, IL 60706


To Attorney:  *by Electronic Notice through ECF*
Dale A. Riley
Geraci Law L.L.C.
55 East Monroe St. Suite #3400
Chicago, IL 60603


McCalla Raymer Leibert Pierce, LLC
Attorney For: Creditor
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE |
| | ) | |
| NATALIE R HINESLEY, | ) | NO.: 22-02822 |
| | ) | |
| Debtor, | ) | CHAPTER 13 |
| | ) | |
| | ) | JUDGE: TIMOTHY A. BARNES |

## ORDER DENYING CONFIRMATION

THIS CAUSE COMING ON TO BE HEARD on the motion of The Huntington National Bank successor by merger with FirstMerit Bank, NA, a Creditor herein, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises, and due Notice having been given to the parties entitled thereto:

IT IS HEREBY ORDERED:

1) That confirmation is denied.

Dated: _____    Signed By: _____
Bankruptcy Judge:   Timothy A. Barnes

McCalla Raymer Leibert
Pierce, LLC
1 N. Dearborn Suite 1200
Chicago, IL 60602
(312) 346-9088

File No. BK-028369-22