Form G5 (20200113_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | Case Number: | 22-02822 |
| Natalie R Hinesley ) | | |
| ) | Chapter: | 13 |
| ) | Honorable Timothy A. Barnes | |
| ) | SELECT IF OUTLYING AREA | |
| Debtor(s) ) | | |

# AGREED ORDER

This cause coming to be heard on the Objection of The Huntington National Bank successor by merger with FirstMerit Bank, NA, the Court having jurisdiction over the parties and subject matter and notice having been given to the parties entitled thereto:

IT IS ORDERED:
1. The Huntington National Bank successor by merger with FirstMerit Bank, NA withdraws its Objection to Confirmation of Debtor's Chapter 13 Plan.

2. Debtor surrenders the 2012 Ford Super Duty F-250, VIN: 1FT7W2BT7CEA23959.
3. Bronco Motors shall retain possession of the 2012 Ford Super Duty F-250, VIN: 1FT7W2BT7CEA23959.

4. The Order Granting the Motion for Turnover entered at docket entry #39 is vacated.

5. Bronco Motors will tender $24,225.70 in certified funds to The Huntington National Bank successor by merger with FirstMerit Bank, NA within thirty (30) days of entry of this Order.

6. Within thirty (30) days of receipt of $24,225.70, The Huntington National Bank successor by merger with FirstMerit Bank, NA's will file a Notice of Satisfaction of Claim for the claim filed on March 24, 2022 as Claim #5-1.

Agreed:

/s/Kinnera Bhoopal_____      /s/Brent R. Wilson_____      /s/Dale A. Riley____
Attorney for The Huntington       Attorney for Bronco Motors      Attorney for Debtor
National Bank successor by
Merger with FirstMerit Bank, NA

Enter:

Timothy A. Barnes
Dated: December 1, 2022                          United States Bankruptcy Judge

**Prepared by:**

McCalla Raymer Leibert Pierce, LLC
1 N. Dearborn Suite #1200
Chicago, IL 60602